ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 09 2015

at __ o'clock and __ min __ A. M.
SUE BEITIA

| Special | Private | Priority | Proprietary | Urgent |

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF HAWAII

MC15--00337JMS-BMK

### NOTICE TO SUE BEITIA, CLERK OF COURT

This Bill in Equity: Petition for Declaratory Relief has been submitted for your review and filing by the Complainant, a non-statutory, non-commercial, non-surety, non-quasi-trustee, *de jure*, Pre-March 9, 1933, Private American National Citizen of the United States, holding private individual citizenship status protected by Section One of the Fourteenth Amendment to the Constitution of the United States. (See attached authenticated document (Exhibit A) titled *"Declaration of Status of Dennis Raymond Alexio: American Freeman; Pre-1933 Private Citizen of the United States; American National,"* including Exhibits 1-7.) Complainant privately resides within a non-militarily-occupied, private estate in the County of Honolulu, State of Hawaii pursuant to Section One of the Fourteenth Amendment to the Constitution of the United States. Complainant privately resides without the temporarily-imposed, military jurisdiction of the UNITED STATES presently under military occupation. For the UNITED STATES has been in a declared state of national emergency, and thus, a state of war, since March 9, 1933, via President Roosevelt's Proclamation 2040 "approved and confirmed" the same day by Congress' "Emergency Banking Relief Act" (12 USC 95a-b) passed sight unseen and author unknown.

This Bill in Equity: Petition for Declaratory Relief concerns extraordinary matters of a public trust, the "Constitution for the United States of America," and a private equity trust, "DENNIS RAYMOND ALEXIO," its trust documents being special and private, restricted and confidential, proprietary and privileged to be seen only by the Chancellor in Chambers.

This Bill in Equity: Petition for Declaratory Relief is intended to be heard by an Article III judge (as opposed to a mere magistrate judge) sitting as Chancellor in exclusive English/American Equity jurisdiction, said civilian, non-military, judicial power having been granted to the Court by the Sovereign **"We the People"** of the United States through Article III, Section 2, subdivision 1 of the Constitution for the United States of America.

This Bill in Equity: Petition for Declaratory Relief is intended to be without the "Federal Rules of Civil Procedure," i.e., the rules of military jurisdiction imposed on this Court through Section 17 of the "Trading With the Enemy Act" (50 USC App. 17) on September 16, 1938. For said military "Federal Rules of Civil Procedure," merging the historic procedural rules of English/American Common Law and Equity for the newly imposed military jurisdiction, replaced the civilian "Federal Equity Rules" having governed constitutionally-protected, federal suits in English/ America Equity since 1912.

This Bill in Equity: Petition for Declaratory Relief is to be subject to the rules of the Chancery Court set forth in "Federal Equity Rules" of 1912, the twenty Maxims of Equity and historic English/American Equity jurisprudence.

**Special**        **Private**        **Priority**        **Proprietary**        **Urgent**

This Bill in Equity: Petition for Declaratory Relief is not to be assigned a general and public "CV" court docket number, but rather is to be given a temporary, miscellaneous, special and private docket number until the Judge reviews the petition and signs the attached Order to Seal. Then a permanent docket number shall be assigned to the case.

This Bill in Equity: Petition for Declaratory Relief is intended to be heard during an extra and special term of the Chancery Court, ex parte, under exigent circumstances as it concerns time sensitive relief.  Therefore, Complainant demands an immediate review determination of this Bill in Equity and subsequent Order granting Complainant's Petition to Seal, followed by a second Order attached to this Bill in Equity granting Complainant an evidentiary hearing in Chambers in Camera to prove the existence of the two trusts and that Defendants are in breach.

This Bill in Equity: Petition for Declaratory Relief is not to be construed to be anything but a non-statutory, private Bill in Equity filed by a pre-March 9, 1933, Private American National Citizen protected by Section One of the Fourteenth Amendment to the Constitution for the United States invoking constitutional, civilian, English/American Equity jurisdiction of this Court.

Complainant has Released and Discharged all officers of this Court from their obligation to impose the rules of military due process of law, including the "Federal Rules of Civil Procedure," and has Accepted the Oath or Affirmations of all officers of this Court to support and defend the Constitution of the United States, including its civilian due process of law clauses secured by the Fifth and Fourteenth Amendments to the Constitution.  (Exhibits B and C of Petition to Seal)

Respectfully submitted,

**Dennis Raymond: Alexio**, Complainant
Pre-March 9, 1933, Private American National:
        Citizen of the United States
Private Citizen of the State of Hawaii
Private Resident of the State of Hawaii
        Within a Non-Militarily Occupied Private Estate
        County of Honolulu
        Without the temporary emergency war powers
        Military Jurisdiction of the UNITED STATES
        Under military occupation since March 9, 1933
Beneficiary and Agent of Record for
        "DENNIS RAYMOND ALEXIO"
All rights reserved without prejudice

**Special**          **Private**          **Priority**          **Proprietary**          **Urgent**

### LAW OF THE SUIT

I.  **AV1611 King James Reformation English Bible**

II.  **Constitution for the United States of America**

III.  **Historic English/American Equity Jurisprudence**

IV.  **Maxims of Equity:**

1) Equity sees that as done what ought to be done.

2) Equity will not suffer a wrong to be without a remedy.

3) Equity delights in equality.

4) One who seeks equity must do equity.

5) Equity aids the vigilant, not those who slumber on their rights.

6) Equity imputes an intent to fulfill an obligation.

7) Equity acts *in personam* or on persons.

8) Equity abhors a forfeiture.

9) Equity does not require an idle gesture.

10) He who comes into equity must come with clean hands.

11) Equity delights to do justice and not by halves.

12) Equity will take jurisdiction to avoid a multiplicity of suits.

13) Equity follows the law.

14) Equity will not aid a volunteer.

15) Where equities are equal, the law will prevail.

16) Between equal equities the first in order of time shall prevail.

17) Equity will not complete an imperfect gift.

18) Equity will not allow a statute to be used as a cloak for fraud.

19) Equity will not allow a trust to fail for want of a trustee.

20) Equity regards the beneficiary as the true owner.

**Special          Private          Priority          Proprietary          Urgent**

## RULES OF COURT

1. *Federal Equity Rules, 1912.*

## TABLE OF AUTHORITIES

2. Perry, Jairus Ware, *A Treatise on the Law of Trusts and Trustees* (Boston: Little, Brown and Company, 1882) Vols. I-II.

3. Story, Joseph, *Commentaries on Equity Pleadings and the Incidents Thereof According to the Practice of the Courts of Equity of England and America* (Boston: Little, Brown and Company, 1892).

4. Pomeroy, Jr., John Norton, *Pomeroy's Equity Jurisprudence* (San Francisco: Bancroft-Whitney Co., 1905) Vols. I-IV.

5. Gibson, Henry R., *A Treatise on Suits in Chancery* (Knoxville, Tennessee: Gaut-Ogden Company, Printers and Binders, 1907), including Vol. I, pp. 1-57, Sections 1-64; Vol. II, pp. 950-966, Sections 1189-1205.

6. Lewin, Frederick Albert, *A Practical Treatise on the Law of Trusts* (Boston: Charles H. Edson and Co., 1888) Vols. I-II, Eighth Edition.

7. Phelps, Charles E., *Juridical Equity Abridged for the Use of Students* (Baltimore: M. Curlander, 1894).

8. *Library of American Law and Practice; "Equity," Equity procedure* (American Technical Society, 1919) p. 64, Sect. 81.

9. Bates, C. L., *Federal Equity Procedure: A Treatise on the Procedure on Suits in Equity in the Circuit Courts of the United States* (Chicago: T. H. Flood and Co., 1901) in Two Volumes.

10. Hopkins, James Love, *The New Federal Equity Rules Promulgated by the United States Supreme Court at the October Term, 1912* (Cincinnati, Ohio; The W. H. Anderson Company, 1913).

Special          Private          Priority          Proprietary          Urgent

## NOTICE TO THE CLERK AND TO THE COURT

The above rules and authorities were followed by the federal courts in civil matters prior to the merging of the procedures of Law and Equity with the issuing of the "Federal Rules of Civil Procedure" in September, 1938. This massive change in procedural distinctions between Law and Equity followed the temporary ousting of constitutional civilian jurisdiction, both at Law and in Equity in open public court—to the exclusion of the private court in chambers—and the temporary imposition of statutory military jurisdiction in open court on April 25, 1938.

For the Complainant to submit to the militaristic "Federal Rules of Civil Procedure" issued under Section 17 of the "Trading With the Enemy Act" would be commingling his constitutional status and constitutional due process rights as a Private American National Citizen with the statutory status and statutorily-conferred privileges of an enemy "person" under the "Trading With the Enemy Act" of 1917 (50 USC App. 5(b) as amended by the "Emergency Banking Relief Act" of 1933 (12 USC 95a). This commingling would be fatal to Complainant's Bill in Equity.

Further, for the Complainant to submit to the militaristic "Federal Rules of Civil Procedure" issued under Section 17 of the "Trading With the Enemy Act" would give rise to the presumption that he is a legal fiction/quasi-artificial person similarly situated as other "enemy persons" statutorily defined as "U.S. citizens," and not a constitutionally-defined, individual, pre-March 9, 1933, Private American National Citizen of the United States. Complainant would be conducting his litigation rather as an enemy "person" under the "Trading With the Enemy Act" of 1917 as amended by the "Emergency Banking Relief Act" of 1933. Further, Complainant would be admitting he has no constitutionally-protected right to a civilian due process of law.

Further, that constitutionally-protected right to a civilian due process of law includes the right of a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution of the United States "to come to the seat of government to assert any claim he may have upon that government, . . ." *Slaughter-House Cases,* 83 U.S. 36 at 79 (1873). Additionally, that constitutionally-protected civilian due process right includes the right to institute a suit in English/American Equity with the congressionally-created, Article III, Federal District Courts of Chancery now sitting in Chambers in Camera following the constitutionally-conferred, civilian jurisdiction of Article III, Section 2, subdivision 1, subject to the historic rules of English/American Equity utilized by the federal courts prior to April 25, 1938. For the Clerk of Court, or the Court, or any of its officers and agents to deny said civilian due process rights would be a violation of their oaths of office to support and defend the Constitution of the United States.

Therefore, Complainant has a conflict with the rules of law, i.e., the non-civilian, militaristic, "Federal Rules of Civil Procedure," in this matter. And when there is a conflict between the rules of law and the rules of equity over the same subject matter, i.e., the constitutionally-

**Special**        **Private**        **Priority**        **Proprietary**        **Urgent**

protected, *de jure* citizenship status and the constitutionally-protected, *de jure* civilian due process rights of the Complainant, the rules of equity shall prevail.

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Dennis Raymond: Alexio, Beneficiary | ) | **Bill in Equity** |
| Pre-1933 Private American National | ) | |
| Citizen of the United States | ) | **Petition for Declaratory Relief,** |
| | ) | **Enforcement of Trusts,** |
| Complainant | ) | **Protection and Full Accounting** |
| | ) | |
| vs. | ) | Ex parte Sealed Proceeding |
| | ) | Evidentiary Hearing in Chambers |
| BARACK OBAMA, Trustee | ) | Regarding Proprietary Evidence |
| Commander in chief, | ) | |
| United States of America | ) | |
| | ) | Case No._____ |
| JACOB LEW, Trustee | ) | |
| Secretary of the Treasury, | ) | Private, Special, Urgent, Privileged |
| United States of America | ) | Restricted, Confidential, |
| | ) | Excluding the Public and Press |
| Defendants | ) | Extra and Special Term |

To the Honorable J. Michael Seabright, Chief Judge and Chancellor of the District Court of the

United States for the District of Hawaii

## <u>BILL IN EQUITY</u>

**PARTIES**

*"Equity delights in equality."*

1. Dennis Raymond Alexio, Pre-March 9, 1933, Private American National Citizen of the
   United

States, privately residing in peacetime American Common Law at 99814 Meaala Street Aiea,
Hawaii Zip Code Excepted[96701], Complainant and

Beneficiary.  (See attached authenticated *"Declaration of Status of Dennis Raymond Alexio:
American*

**Special**         **Private**         **Priority**         **Proprietary**         **Urgent**

*Freeman; Pre-1933 Private Citizen of the United States; American National,"* Exhibit A.)

2.   BARACK OBAMA, President/Commander in chief, United States of America, publicly

residing in emergency war powers Roman Equity in his office at 1600 Pennsylvania Ave., N.W.

Washington, D.C., 20500, Defendant and Trustee.

3.   JACOB LEW, Secretary of the Treasury, United States of America, publicly residing in

emergency war powers Roman Equity in his office at 1500 Pennsylvania Avenue, N.W.,

Washington, D.C., 20220, Defendant and Trustee.

**JURISDICTION**

*"Equity imputes an intent to fulfill an obligation."*

4.   Complainant invokes the jurisdiction of this Chancery Court to sit in its judicial power of

Exclusive English/American Equity conferred by Article III, Section 2, subdivision 1 of the

Constitution for the United States of America and following the Federal Equity Rules of 1912.

This is a non-military, civilian jurisdiction for Pre-March 9, 1933, Private American National

Citizens protected by Section One of the Fourteenth Amendment to the Constitution with the

Fifth Amendment securing the right to civilian due process of law, including a Chancellor

presiding over a suit in English/American Equity.  Complainant is not an enemy combatant

subject to emergency war powers military jurisdiction and has no remedy "at law."

**HISTORY OF THE CASE**

*"He who comes into equity must come with clean hands."*

5.   Complainant was born in Alameda, California on March 12 1959 and therefore

**Special       Private       Priority       Proprietary       Urgent**

became a Private American National Citizen of the United States and thereby a private citizen of

the State of California wherein he resided at peacetime Common Law pursuant to Section One of
the Fourteenth Amendment to the Constitution of the United States of America.

6.   On March 23, 1959, a "Certificate of Live Birth" was filed in Alameda County,

California, registering Complainant's live, natural birth, State File No. 59-032424.

7.   However, by operation of the law of contract, quasi-corporate sole/artificial person

"DENNIS RAYMOND ALEXIO" was created by the State of California for which Complainant
became

registered property/registered agent and thus volunteer surety/voluntary quasi-trustee.

8.   Further, upon the state filing of said "Certificate of Live Birth," said artificial person

became an "enemy" and its registered property, the Complainant, was seized to be held in

trust by the President of the United States in his capacity as Commander in chief having

inherited a state of national emergency.  Said national emergency had been declared via

Proclamation 2039, promulgated by President Franklin D. Roosevelt in his capacity as

President/Commander in chief, on March 6, 1933, under the authority of an un-repealed, multi-

amended World War I statute known as the "Trading With the Enemy Act" of 1917.

9.   Further, on March 9, 1933, Congress passed its "Emergency Banking Relief Act" (12

USC 95b) sight unseen and author unknown, which "approved and confirmed" said emergency

proclamation as well as every other proclamation of the President/Commander in chief and his

Secretary of the Treasury retroactive to the president's inauguration on March 4, 1933.  Every

presidential proclamation thereafter was *ipso facto* "approved and confirmed," which included

Proclamation 2040 issued later in the day of March 9, 1933, continuing said state of

national emergency and war declared by President Roosevelt via Proclamation 2039.

**Special          Private          Priority          Proprietary          Urgent**

10. Further, on **March 9, 1933**, said "Emergency Banking Relief Act" (12 USC 95a) amended "subdivision (b) of section 5 of the Act of October 6, 1917," (i.e., the "Trading With the Enemy Act").  This change made every "person within the United States or any place subject to the jurisdiction thereof," an "enemy" in substance under the amended "Trading with the Enemy Act."  Said "person," under section 5(b) of the "Trading with the Enemy Act" as amended by the "Emergency Banking Relief Act," was defined as an "individual, partnership, association or corporation."  Any "person" now engaging exclusively in domestic transactions wholly within the United States, to the exclusion of foreign transactions, was also made subject to the provisions of the amended "Trading With the Enemy Act" regulating wartime commerce.

11. Therefore, artificial person "DENNIS RAYMOND ALEXIO" created by the State of California, its property being the Complainant himself serving as voluntary surety/voluntary quasi-trustee, was now deemed an "enemy" under the "Trading With the Enemy Act" as amended by the "Emergency Banking Relief Act."  Hence, Complainant, held as property in trust by the Commander in chief and deemed one entity with said artificial person, was an "enemy."  By this immoral though legal maneuver, Complainant's citizenship status was reduced to an inferior grade, Complainant thereby made subject to a statutory emergency war powers military government having temporarily ousted Complainant's Constitutional civilian government.

12. Further, on **April 25, 1938**, the Supreme Court of the United States, dubbed "the Roosevelt Court," abolished "federal general common law," which included civilian due process of law, both at Law and in Equity, historically secured by the Fifth Amendment on a federal level and the Fourteenth Amendment on a state level.  This procedural, jurisdictional

**Special        Private        Priority        Proprietary        Urgent**

void was filled with a military due process of law authorized by Section 17 of the "Trading with

the Enemy Act" (1917) made applicable throughout the "United States" under military

occupation by the "Emergency Banking Relief Act" (1933).  Every "person" was now subject to

the military jurisdiction of the "United States" under military occupation as directed by the

Commander in chief.  Every "enemy," defined as a "person" under the "Trading With the Enemy

Act" as amended by the "Emergency Banking Relief Act," could be given a military due process

of law, both criminal and civil, with courtroom flags defined by Army Regulation 840-10 as

military colors on display in every federal district court and state court of the "United States"

defined to be under military occupation by the "Trading With the Enemy Act" (50 USC App.

5(b)) as amended by the "Emergency Banking Relief Act" (12 USC 95a).

    13. Therefore, Complainant, as volunteer surety/voluntary quasi-trustee for artificial person

"DENNIS RAYMOND ALEXIO," was no longer one of **"We the People"** and **"Beneficial
Heir"** of the

Trust known as the "Constitution for the United States."  Complainant had voluntarily

consented to an altered citizenship status, to be deemed an "enemy" and thus subject to

the military jurisdiction of the "United States" during a temporary national banking emergency

and state of war via Proclamation 2040 based upon the "Trading With the Enemy Act" (50 USC

App. 5(b)) as amended by the "Emergency Banking Relief Act"  (12 USC 95a).

    14. Realizing the error of his ways, Complainant, with intent and purpose, executed a

**"Release Without Consideration—*Nunc Pro Tunc Ab Initio*"** (see Exhibit 1 of attached

*"Declaration of Status,"* Exhibit A) pursuant to state law and the maxims of the law of contracts,

abandoning all property interests in said state-created, federally-protected, artificial person

Special        Private        Priority        Proprietary        Urgent

"DENNIS RAYMOND ALEXIO."  Complainant also released and discharged all agents and officers of said

military governments, federal and state, from their military duties and obligations to

Complainant.  Hence, by operation of law, Complainant was restored to his former

constitutionally-conferred status at birth, that of "a citizen of the United States and of the state wherein he resides" under Section One of the Fourteenth Amendment.  Complainant is no longer

volunteer surety/volunteer quasi-trustee for said artificial person/quasi-corporate sole created by

the state of Complainant's natural birth.  Complainant is no longer volunteer surety for the state-

created enemy combatant and debtor "DENNIS RAYMOND ALEXIO."  Complainant (the constitutional

"Man") is no longer, nor one entity with, "DENNIS RAYMOND ALEXIO" (the statutory "person").

## STATEMENT OF FACTS

*"One who seeks equity must do equity."*

15. Upon said restoration of organic, Constitutional citizenship status, Complainant is a Pre-March 9, 1933, Private American National Citizen of the United States and therefore a private citizen of the state wherein he privately resides at biblically-based Common Law and in English/ American Equity, said citizenship status being protected by Section One of the Fourteenth Amendment to the Constitution.  Complainant's status is evidenced by public documents as well as private and proprietary trust documents only to be seen by the Chancellor in Chambers. Defendants, by their silence, agree to this fact.

16. Complainant has no express or implied public contract with either the federal or state *de facto* emergency war powers military governments that may have altered or modified said

Special        Private        Priority        Proprietary        Urgent

first class, organic, *de jure*, constitutional citizenship status of Complainant thereby reducing

said status, in substance, to that of a second class, statutory, *de facto*, "U. S. Citizen" being, in

substance, volunteer surety/quasi-trustee for a quasi-corporate sole/artificial person by operation

of law or otherwise.  Defendants, by their silence, agree to this fact.

17. Therefore, Complainant is a member of the sovereign, American political community

known as "**We the People**" having ordained and established the "Constitution for the

United States of America" to secure the blessings of liberty for themselves and their

"**Posterity**" of which Complainant is an **Heir** and a beneficially-interested member.

## COMPLAINANT THE BENEFICIARY; DEFENDANTS THE TRUSTEES

*"Equity regards the beneficiary as the true owner."*

18. Therefore Complainant is the Beneficiary, Defendants the Trustees, of the great

Grantor Trust of Protestant-Calvinist and Baptist-Calvinist American liberty known as the

"Constitution for the United States of America."  Concerning the federal government being a

trustee and the sovereign "**We the People**" being beneficiaries, the Supreme Court has stated:

> "Whatever it acquires, it acquires **for the benefit** of the people of the several
> States who created it.  It is their **trustee acting for them**, and charged with **the**
> **duty** of promoting the interests of the whole people of the Union in the exercise
> of the powers specifically **granted**."
> *Scott v. Sanford*, 60 U.S. 393 at 448 (1857)

The Court then concluded:

> "But as we have before said, it [*the Territory composing the Louisiana Purchase*]
> was acquired by the General Government as the representative and **trustee of the**
> **people** of the United States, and it must be therefore held in that character for
> their **common and equal benefit**; for it was the people of the several States,
> acting through their **agent** and representative, the Federal Government, who in

**Special          Private          Priority          Proprietary          Urgent**

fact acquired the Territory in question, and the Government holds it for their **common use** until it shall be associated with the other States as a member of the Union."
*Scott v. Sanford,* supra, at 448.

19. Complainant is the Sole Beneficiary, Defendants the Trustees, of express grantor trust

"DENNIS RAYMOND ALEXIO" evidenced by private, proprietary trust documents only to be seen

by the Chancellor in Chambers.  Defendants, by their silence, agree to this fact.
**STATEMENT OF EQUITABLE CLAIM—BREACH OF TRUST**

> ***"Equity will not suffer a wrong to be without a remedy."***

20. Complainant demanded a hearing with Defendants that the President/Commander in chief

would provide protection and the Secretary of the Treasury provide a full accounting of all

assets and property held in trust for the benefit of Complainant evidenced by private,

proprietary trust documents only to be seen by the Chancellor in Chambers.  Further, by the

President/Commander in chief refusing to provide protection for Complainant, he has violated

one of the privileges and immunities of Complainant's *de jure* citizenship status secured by "the

Trust," the Constitution for the United States of America.  For one of those privileges and

immunities is "to come to the seat of government, to assert any claim he may have upon that

government, to transact any business he may have with it, **to seek its protection**, to share its

offices . . ." (*Slaughter-House Cases,* 83 U.S. 36 at 79 (1873)).

21. Defendants refused to do their duties as Trustees, the President/Commander in chief

refusing to provide protection and the Secretary of the Treasury refusing to give a full accounting

of all assets and property, as demanded by Complainant/Beneficiary.  This is a clear denial of

primary property rights held by Complainant as Beneficiary of all trust res held by Trustees.

**Special        Private        Priority        Proprietary        Urgent**

Therefore Trustees are in breach of trust evidenced by private, proprietary trust documents only to be seen by the Chancellor in Chambers.

22. Defendant, President/Commander in chief, in breach of trust by refusing to provide said protection for Complainant, threatens to deprive Complainant of his most sacred, **primary trust rights** secured and protected by the following Constitutional amendments:

a.  **First Amendment**: guaranteeing to every Pre-March 9, 1933, Private American National Citizen freedom of conscience/freedom of worship securing Complainant's Biblical duty to *"submit . . . to the king, as supreme"* and *"honor the king"* (1 Peter 2:13, 17), *"the king"* being the sovereign **"We the People"** of the United States of America as they spoke by their written Constitution for the United States of America, the supreme law of the land in opposition to the current "Trading With the Enemy Act" (50 USC App. 5(b)) as amended by the "Emergency Banking Relief Act" (12 USC 95a);

b.  **Second Amendment**: guaranteeing to every Pre-March 9, 1933, Private American National Citizen the right to own and bear arms for his personal defense, as well as the defense of his community, state and country.  This is Complainant's First Amendment Biblical duty pursuant to the command of the **Lord Jesus Christ** during this "present evil age" (*Galatians 1:4*).  For he said in *Luke 22:36*:

> *"Then said he unto them, but now, he that hath a purse, let him take it, and likewise his script: and he that hath no sword, let him sell his garment, and buy one."*

c.  **Fifth Amendment**: guaranteeing to every Pre-March 9, 1933, Private American National Citizen a civilian due process of law on a federal level, including the right to bring a

Special          Private          Priority          Proprietary          Urgent

private civil suit in Federal District Chancery Court sitting in exclusive English/American

Equity, to the exclusion of an emergency war powers military jurisdiction imposing military due

process of law on every public "defendant" within the United States under military government,

said "defendant" deemed an enemy "person" by every federal court pursuant to Section 17 of the

"Trading With the Enemy Act" (50 USC App. 5(b), 17) made applicable to every "defendant" by

the "Emergency Banking Relief Act" (12 USC 95a);

   d. **Thirteenth Amendment**: guaranteeing that no natural person, including a Pre-March

9, 1933, Private American National Citizen, shall be subject to involuntary servitude within

"these United States," which involuntary servitude includes being involuntary surety and/or

involuntary quasi-trustee and or involuntary registered agent for an artificial person, said

artificial "person" defined by the "Trading with the Enemy Act" as amended by the "Emergency

Banking Relief Act."  Further, to refuse to acknowledge Complainant's right to cease to be

volunteer surety for said "person" would be a violation of Complainant's First Amendment right,

the **Word of God** mandating that no Bible-believing Christian man hold the status of being

surety for a stranger (*Proverbs 11:15*), or the status of being a debtor (*Romans 13:8*);

   e. **Fourteenth Amendment**: guaranteeing to every Pre-March 9, 1933, Private

American National Citizen: 1) a *de jure* citizenship status derived from the supreme law of the

land, the Constitution for the United States of America, and not a *de facto* citizenship status

derived from a war statute and/or contract by operation of law; 2) a civilian due process of law

on a state level to the exclusion of emergency war powers military due process of law now

imposed on every *de facto* "U.S. Citizen"/defendant by every state court pursuant to the "Trading

With the Enemy Act" amended to apply to every "person" within the "United Status"—said

Special          Private          Priority          Proprietary          Urgent

"United States" under military occupation—as defined by the "Emergency Banking Relief Act."

## PRAYER FOR PROCESS

*"Equity acts in personam, or on persons."*

23. Wherefore Complainant prays the Court issue process of subpoena requiring Defendants

appear and answer for alleged breaches of trust pursuant to Rules 7, 12, 13 and 15.

## PRAYER FOR RELIEF

*"Equity delights to do justice and not by halves."*

24. Wherefore, being without a legal claim in any public court of law sitting in statutory,

emergency war powers military jurisdiction, and with only equitable claims to be heard in

private Chambers in Camera of a Federal District Court of Chancery sitting in constitutional,

exclusive English/American Equity civilian jurisdiction, where such trust matters relating to

constitutionally-secured private citizenship status and rights thereof, in conjunction with private,

express/grantor equity trusts, are properly cognizable for the *de jure*, Pre-March 9, 1933, Private

American National Citizen of the United States protected by Section One of the Fourteenth

Amendment to the Constitution for the United States, your Complainant, a constitutional **Heir**

**and Beneficiary** without a Trustee to administer his estate, appeals to the conscience of the

Chancellor to remedy said breaches of trust on behalf of both the Complainant/Beneficiary and

Defendants/Trustees by the Chancellor:

  a. Decreeing Complainant to be a Non-Statutory, *de jure*, Private American National

  Citizen of the United States protected by Section One of the Fourteenth Amendment

  to the Constitution, said status enjoyed by all Americans prior to March 9, 1933;

Special         Private         Priority         Proprietary         Urgent

b. Decreeing Complainant has no contract, federal or state, express or implied, public or private, that has reduced his citizenship status to the inferior grade of being a quasi-artificial person;

c. Decreeing Complainant is neither an "enemy" nor a "person" under the "Trading With the Enemy Act" (50 USC APP. 5(b) as amended by the "Emergency Banking Relief Act" (12 USC 95a);

d. Decreeing that Complainant is a natural "person," his God-given rights to life, liberty and property protected by the civilian due process clauses of the Fifth and Fourteenth Amendments to the Constitution for the United States of America;

e. Decreeing that Complainant (the constitutional "Man") is neither "DENNIS RAYMOND ALEXIO," nor volunteer surety/volunteer quasi-trustee nor registered agent for

   "DENNIS RAYMOND ALEXIO" (the statutory "person");

f. Decreeing Complainant is the Beneficiary of two distinct trusts between the parties, i.e., the "Constitution for the United States of America" and "DENNIS RAYMOND ALEXIO;"

g. Providing declaratory relief concerning the equitable rights, powers, privileges and immunities as well as equitable duties and obligations between the parties;

h. Providing protection, including, but not limited to, special identification documents pertaining to trade, transportation and communication, as well as special documents pertaining to domestic and foreign travel, as well as personal security;

i. Providing a full accounting of all assets, including, but not limited to, all assets and property held in trust by Defendants/Trustees for the ultimate benefit of the true

Special          Private          Priority          Proprietary          Urgent

*"Equity will not allow a trust to fail for want of a trustee."*

Respectfully submitted,

By _____

**Dennis Raymond: Alexio**, Complainant
Pre-March 9, 1933, Private American National:
    Citizen of the United States
Private Citizen of the State of Hawaii
Private Resident in Exclusive Equity within a
    Non-Militarily Occupied Private Estate
    County of Honolulu
    Without the Jurisdiction of the United States
    Under military occupation since March 9,1933
Beneficiary and Agent of Record for
    "DENNIS RAYMOND ALEXIO"
All rights reserved without prejudice

**Special          Private          Priority          Proprietary          Urgent**

*(handwritten left margin, vertical):* Special d private

Special & private

---

### VERIFICATION

**United States of America**
**State of Hawaii**                                    )          s. a.
**County of Honolulu**                            )

BEFORE ME, on this day personally appeared **Dennis Raymond: Alexio**, Complainant above named, who makes oath under the Law of God and the Maxims of Equity, and declares that all statements set forth in the foregoing Bill in Equity with attachments are true to the best of his knowledge and experience.

Subscribed and Affirmed before me on this 24th day of November , 2015.

_____
Notary Public

---

Doc. Date: NOV 24 2015      # Pages: 14
Notary Name: Jeanine A. Quizon    First Circuit
Doc. Description: Dist. Court of the U.S.
Dist. of Hawaii  Bill in Equity
_____  NOV 24 2015
Notary Signature          Date
**NOTARY CERTIFICATION**
Commission Exp: 02/02/2018

---

[This page intentionally left blank.]

**Special**      **Private**      **Priority**      **Proprietary**      **Urgent**

[This page intentionally left blank.]

**Special**          **Private**          **Priority**          **Proprietary**          **Urgent**

[This page intentionally left blank.]

**Special**          **Private**          **Priority**          **Proprietary**          **Urgent**

This page intentionally left blank.]