**Special**         **Private**         **Priority**         **Proprietary**         **Urgent**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Dennis Raymond: Alexio, Beneficiary ) | **Bill in Equity** |
| Pre-1933 Private American National ) | |
| Citizen of the United States ) | **Petition for Declaratory Relief,** |
| ) | **Enforcement of Trusts,** |
| Complainant ) | **Protection and Full Accounting** |
| ) | |
| vs. ) | Ex parte Sealed Proceeding |
| ) | Evidentiary Hearing in Chambers |
| BARACK OBAMA, Trustee ) | Regarding Proprietary Evidence |
| Commander in chief, ) | |
| United States of America ) | |
| ) | Case No._____ |
| JACOB LEW, Trustee ) | |
| Secretary of the Treasury, ) | Private, Special, Urgent, Privileged |
| United States of America ) | Restricted, Confidential, |
| ) | Excluding the Public and Press |
| Defendants ) | Extra and Special Term |

*(handwritten margin notes: "Special & Private" on both left and right margins)*

## ORDER

AND NOW, on this _____ day of _____, upon a review

determination of Complainant's Bill in Equity,

IT IS HEREBY ORDERED that a hearing in Chambers is granted and shall be held at

_____ a.m., on the _____ day of _____, 2016.

.

BY THE COURT:

_____
JUDGE