Dennis Alexio
808 852-0513

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:53 A M
BPA BOOK 42 PAGES 557
DEPUTY CLERK

COPY

## Declaration of Status of Dennis Raymond Alexio: American Freeman
### Pre-1933 Private Citizen of the United States: American National

"Indeed, no more than (an affidavit) is necessary to make the prima facie case."
*United States v. Kis*, 658 F.2d, 526, 536 (7th Cir., 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S. Ct. March 22, 1982
*In judicio non creditor nisi juratis.* (In a trial, credence is given only to those who are sworn.)
Maxim: "Equity regards as done that which ought to have been done."

Accordingly, I, **Dennis Raymond Alexio**, in esse and sui juris, being duly sworn, depose and declare that the following facts are true, correct and complete to the best of my knowledge and belief.

I, **Dennis Raymond Alexio**, do solemnly declare and affirm the following historical facts with regard to the status of *de jure* **Private American National citizenship** (said original federal citizenship, secured by Article IV, Section 2, having been broadened into national citizenship by Section 1 of the 14th Amendment to the Constitution of the United States of America) and the design of the Roman papacy, spearheaded by the military order of the **Society of Jesus**, to overthrow the liberties of Private National Citizens of the United States of America by imposing a State-created, statutory, *de facto* **Public "U.S. citizenship."** This *de facto* Public U.S. citizenship, being in substance a privileged Roman citizenship, would enable the constitutionally *de jure* civilian government of the United States (having been constitutionally altered from being a *de jure* "**Federal**" government to a *de jure* "**National**" government by the 14th Amendment, 1868) to be replaced with a Congressionally-created, statutory, *de facto* Emergency War Powers military government of the United States on March 9, 1933. This radical, socialist-communist **coup d'état** plotted by the infamous **Society of Jesus**, aided by the **Knights of Columbus** and carried out by its Scottish-Rite Masonic agent, President Franklin "Augustus Caesar" Roosevelt, would overthrow the civilian government exercising the constitutional, *de jure* **jurisdiction** of the United States (the "**United States**" being "the collective name of the states which are united by and under the constitution," *Hooven & Allison Co. v. Evatt*, 324 U.S. 652, 672), replacing it with a *de facto* military government exercising an extra-constitutional, alien and foreign, *de facto* **jurisdiction** of the United States (this "**United States**" being "the territory over which the sovereignty of the United States extends," *Hooven & Allison Co. v. Evatt*, supra, 671).

Further, by legally replacing constitutional *de jure* **Private American Citizenship** with *de facto* **Public "U.S. citizenship,"** thereby enabling the constitutional *de jure* **jurisdiction** of the "United States" to be legally replaced with a statutory *de facto* **jurisdiction** of the "United States," **the Jesuit Order** would fulfill its design of overthrowing the liberties of the United States as plotted during the Congress of Vienna (1814-1815) and the subsequent Secret Treaty of Verona (1822) because of which President James Monroe issued his blessed "Monroe Doctrine" (1823)—and for which he was given "the poison cup" on July 4, 1831. American inventor

EXHIBIT A         **1 of 12**

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:55 A M
BPA BOOK 42 PAGES 338
DEPUTY CLERK

Samuel F. B. Morse warned of this diabolical Jesuit Conspiracy against America in his epic work, *Foreign Conspiracy Against the Liberties of the United States*, published in 1835.

Further, this overthrow of both *de jure* **Private American Citizenship** at Common Law and its counterpart, the *de jure* **jurisdiction** of the "United States" at Common Law, would enable the Jesuits from Georgetown University to use the *de facto* Emergency War Powers American Congress—now possessing the unlimited legislative powers of an English Parliament—to wield absolute legislative power over the *de jure* fifty sovereign states turned into *de facto* "conquered territories" ruled by the statutorily-created, *de facto* national Emergency War Powers **military government**. This unlimited, congressional power would enable the Jesuits, ruling their *de facto* military government of their *de facto* American Empire, **to control by statute** every facet of American life "from the cradle to the grave." This control would include the imposition of socialist-communism for the building of cartel capitalism and the destruction of the historic White Protestant and Baptist Middle Class Americans (as well as all others); the building of a huge military industrial complex while using their *de facto* **Public "U.S. citizens"** to work in the Jesuit Order's anti-laisser-faire, cartel-capitalist corporations; and to finance and fight the wars of the pope's American Empire. These international crusades, directed by the **Society of Jesus** within the geographical United States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal/Political Power of the pope over the governments of all nations while subsequently militarizing those conquered nations.

Further, with the change of the *de jure* constitutional **jurisdiction** of the "United States" (with its Common Law **civilian due process** and procedure secured by the Fifth Amendment, the Seventh Amendment and section 1 of the Fourteenth Amendment) to a *de facto*, extra-constitutional, **Roman Civil Law jurisdiction** of the "United States" (established by an amended World War I statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of Common Law rights and Common Law **civilian due process** by the Supreme Court (1938)), an alien and foreign **martial due process** would be adopted by the federal and state courts fitted for the new *de facto* **Public "U.S. citizens"** living in the states deemed *de facto* "conquered territories." Since these *de facto* Public "U.S. citizens" are in substance Roman citizens, and since these *de facto* "conquered territories" are in substance Roman provinces under military rule, it is only fitting that the **Roman/Public "U.S. citizens"** should be criminally and civilly subjected to a martial process imposed by their constitutionally-created civilian courts. This *de facto* martial process, if unchallenged by prima facie evidence proving the accused to be an American Private National Citizen of the United States of America and not a Roman Public "U.S. citizen," would confer, in substance, martial *in personam* jurisdiction. With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance **territorial courts** of the Conqueror. These Emergency War Powers Courts would enforce the sovereign will of the *de facto* Emergency War Powers Congress, while sitting in a special, **"Roman Equity"** in substance, a **martial equity**, operating upon a **legal fiction**. The legal fiction would be the presumption of fact that each individual Private American National Citizen

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:53 A M
BPA BOOK 42 PAGES 357
DEPUTY CLERK

National Citizen of the United States of America was in contract with and enfranchised by the state of his natural birth, thereby altering his constitutional, *de jure* Private American National Citizenship conferred at birth into a statutory, *de facto* Public Federal "U.S. citizenship" upon the public filing of a unilateral contract, which change in status would enable and obligate the Emergency War Powers courts to dispose of his matter, federal or state, criminal or civil.

Further, that unilateral contract was the public filing of a "**Certificate of Live Birth**" deliberately patterned after the Roman Catholic "**Certificate of Baptism**" creating Vatican City-state citizenship. The American "Certificate of Live Birth"—**by operation of law**—would be the contract to alter *de jure* Private American National Citizenship to *de facto* Public "U.S. citizenship." With this **presumption of fact** of an existing contract held by every individual Public "U.S. citizen" (holding its Private American National Citizen of the United States as Property and Surety), every court legally sits in a martial, **Roman Equity** (in which the forms of Law and Equity have been merged) enforcing the statutes of an Emergency War Powers Congress. This *de facto* status enables and obligates all federal and state courts to sit in **Roman Equity** thereby fulfilling the grand design of the **Society of Jesus** in subverting the Common Law jurisdiction of the United States (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of *de jure* Private American National Citizens of the United States of America (Section 1, 14th Amendment).

Further, this evil design of the **Society of Jesus** against the Constitutional, Common Law liberties of the Private American National Citizens of the United States of America was set forth by one of the Order's Masonic Temporal Coadjutors. That man was **Sir Henry Sumner Maine**, Regis Professor of the Civil Law in the University of Cambridge, England. In his *Ancient Law: Its Connection with the Early History of Society, and its Relation to Modern Ideas* (1864), Maine sets forth his three-part plan that, after its imposition, overthrew limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750). That diabolical, "unholy trinity" was first the creation of a **Legal Fiction**, after which the imposition of judicial **Equity** after the overthrow of American Common Law, then opening the door to congressional/parliamentary, unlimited **Legislation**. (The philosophic parallel to this formula is "**Substance, Mode** and **Circumstance**.") The legal foundation and substance for this *de facto* overthrow of the limited, constitutional, *de jure* "jurisdiction of the United States" is the **Legal Fiction**. That **Legal Fiction**, evil though legally imposed by silent consent of each Private American National Citizen, was the public filing of a Certificate of Live Birth, the Baptismal Certificate of every federally-owned, Public "U.S. citizen." Hence, every Private American National Citizen became subordinate **Surety** for and the held **Property** of his alter ego and Gemini Twin, the Public "U.S. citizen." As of March 6, 1933, all Public "U.S. citizens" —with their **Surety/Property**, Private American National Citizens—were seized as **booty of war** by President Franklin Roosevelt's martial, emergency war powers Proclamation 2039 which practically overthrew the Sovereignty of the People of the United States of America, reducing them to being mere **property** of Rome's *de facto* military government sitting in



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:53A M
BPA BOOK ____42____ PAGES 340
DEPUTY CLERK

Washington, D.C., to be treated as "rebels and belligerents" living in the fifty states deemed by the Conqueror/Commander in chief to be merely "occupied territories," the seized state governors ruling their *de facto* military governments in subordination to Washington, D.C.

Therefore, finding this situation of **statutorily-altered**, Private American National citizenship status intolerable being in contradiction with the maxims of **Holy Scripture** (Proverbs 11:15), and at variance and in conflict with the originally established courts of Common Law as well as the courts or exclusive/inherent Equity/Chancery governed solely by the Maxims of Equity, I, **Dennis Raymond Alexio**, do solemnly declare and affirm:

1. WHEREAS, the FRANCHISE, CORPORATE SOLE, and or BIRTH CERTIFICATE, being in fact a unilateral contract under seal, was created and offered **legally though deceitfully**, its open-but-false purpose being to aid in the Census as a means of identification in the documentation of a natural birth, as well as for health reasons and purposes; its secret-but-true purpose being to rob "**We the People**," which includes every individual Private American National Citizen, first of our sovereignty as a People, then of our constitutionally-created status, and ultimately our lives, fortunes and sacred honor;

2. WHEREAS, the true purpose of the BIRTH CERTIFICATE, a unilateral contract under seal, is to be a covert commercial agreement and unconscionable, adhesion contract/quasi-contract between the state of the baby's natural birth and the mother of the baby, the baby then deemed property of the Federal, *de facto* military government of the United States (the BIRTH CERTIFICATES being recorded by the Department of Commerce then to serve as collateral securities for the unquestionable public debt as per Section 4 of the 14th Amendment);

3. WHEREAS, the true nature of the DATE OF FILING on the BIRTH CERTIFICATE, a unilateral contract under seal, is to commence the **legal birth** of the quasi-corporate, artificial person/**Public "U.S. citizen"** created by all necessary legal elements of a unilateral contract (it being in writing, signed, sealed and delivered for registration and filed with a public office of the baby's state of live birth);

4. WHEREAS, the true nature of the DATE OF BIRTH of the baby named on the BIRTH CERTIFICATE is to commit the natural person/Private American National Citizen as **Surety** for, and **personal property** of, the state-created, artificial person/Public "U.S. citizen," both entities being legally wedded into one legal entity, the hybrid, federally-owned, **Public "U.S. citizen;"**

5. WHEREAS, the BIRTH CERTIFICATE is a BUSINESS INSTRUMENT recorded with the County Recorder, a subsidiary of the Secretary of State (of the several states treated as "conquered territories"), also sent to the Bureau of Census, a division of the



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:53 A M
BPA BOOK ___42___ PAGES _34_
DEPUTY CLERK

Department of Commerce in Washington, D.C., placing the **NAME** of the Public "U.S. citizen" into interstate and foreign world commerce as a statutory, legal "person" (as are corporations, partnerships, trusts, corporate soles, etc.), distinct and separate from the "natural born citizen," i.e., the **Private American National Citizen**;

6. WHEREAS, the Secretary of State (of the several states) charters corporations and issues franchises, therefore, any **natural born citizen/Private American National Citizen** with a BIRTH CERTIFICATE is liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes, as well as being liable to the Internal Revenue Service collecting the internal revenue for the "**Federal Corporation**" of the United States (28 USC 3002(15)(A) via excise/income/privilege taxes in payment of the interest on the national debt (proven by President Ronald Reagan's Grace Commission) which interest is owed to the Roman papacy's Federal Reserve Bank;

7. WHEREAS, this BIRTH CERTIFICATE, functioning as a BUSINESS INSTRUMENT, has hoodwinked **Private American National Citizen Dennis Raymond Alexio**, allegedly named on said certificate, into an unknown and covert implied contract by operation of law, placing Affiant and fellow Private American National Citizens under an alien, foreign and yet "temporary," *de facto* military jurisdiction of the United States created at first by the "**Emergency Banking Relief Act**," its initial paragraphs containing a congressionally-amended WWI statute known as the "**Trading With the Enemy Act**" and codified as 12 USC 95a, and secondly by President Franklin D. Roosevelt's Emergency War Powers Proclamation 2040 decreed on March 9, 1933;

8. WHEREAS, the above *de facto* jurisdiction of the United States includes the jurisdiction of the constitutionally-created, federal and state civilian courts (**IN FORM**) sitting in a martial Roman Equity/at law (**IN SUBSTANCE**), they no longer proceeding against the accused Private American National Citizen with the Mode of a Common Law **civilian due process**, but rather with the Mode of a Roman Civil Law **martial due process** that, if unchallenged by producing state-filed public records and other prima facie evidence, will confer a martial jurisdiction over the accused then forced to plead in a court imposing **martial due process** and procedure derived from a congressionally-amended, World War I statute as of March 9, 1933, the judges, federal and state, acting on behalf of the *de facto* military dictator/Commander in chief sitting in Washington, D.C.;

9. WHEREAS, upon the public filing of the BIRTH CERTIFICATE with its attached Private American Citizen serving as **Surety** and **personal property**, another "**source**" was created that would generate "**income**" which could then be income/excise/privileged taxed, the natural person/baby/Private American National Citizen now wedded to his new artificial person / "U.S. citizen" as its **Property** and subordinate **Surety**, the new "**source**" (deemed a "rebel" and "belligerent" residing according to state statute in a

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:53 A.M.
BPA BOOK 42 PAGES 342
DEPUTY CLERK

state deemed an "occupied territory") being in commerce and subject to the **absolute legislative powers** of the "temporary" Emergency War Powers Congress (1933-present) to regulate without limit interstate and foreign commerce pursuant to Article I, Section 8, Clause 3, of the "United States Constitution" during this time of a "temporary" declared state of National Emergency now (2014) in its eighty-first year;

10. WHEREAS Affiant, a Private American National Citizen, has ceased to be **Surety** for and the **personal property** of, Public "U.S. citizen" "DENNIS RAYMOND ALEXIO" by means of a duly filed "**Release Without Consideration**—*Nunc Pro Tunc Ab Initio*," and "**Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio*," thereby returning to the former status of being a Private American National Citizen held for less than twelve days after Affiant's natural birth;

11. WHEREAS Affiant in esse, has irrevocably separated himself from the state-created FRANCHISE, CORPORATE SOLE, "UNITED STATES CITIZEN," created by means of a publicly filed BIRTH CERTIFICATE attached hereto, and hereby revokes all powers, including, but not limited to, Powers of Attorney and/or Agency that Affiant may have granted to any third party, public and/or private. Therefore, Affiant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040 confirmed and approved by Congress in its passage of the "**Emergency Banking Relief Act**" thereby amending the "**Trading With the Enemy Act**." Therefore, Affiant is not in commerce (as are corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizenship" status (as do corporations being also Public "U.S. citizens"), having discharged all *de facto* Emergency War Powers Military Governments, federal and state, from any duty or obligation having arisen from Affiant being the **Property** of, **Surety** for and/or wedded to the state-created hybrid, the federally-owned, Public "U.S. citizen" in the service of Washington, D.C., for commerce and war;

12. WHEREAS, I, **Dennis Raymond Alexio**, have returned to my former status of being an American Freeman and American National in Equity, i.e., a *de jure* Private National Citizen of the United States under section 1 of the Fourteenth Amendment and therefore stand "*in personam*," "*in esse*" and "*sui juris*," possessing all God-given unalienable rights including those protected by the first eight amendments of the Bill of Rights, all Constitutional rights (federal and state) and all Common Law rights of a *de jure* Private Citizen of the United States / American National, no longer under the legal disability of being the **Property** of, **Surety** for and/or wedded to a *de facto*, state-created, Public "U.S. citizen" owned by the Federal *de facto* Military Government of the United States;

13. WHEREAS, I, Dennis Raymond Alexio, am no longer the **Property** of, **Surety** for and/or wedded to a *de facto* Public "U.S. citizen" (which is "**alieni juris**"), therefore no longer under the *de facto* jurisdictional power of statutorily-created, *de facto* Emergency

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015  AT  10:53 A M
BPA BOOK ___42___ PAGES 343
_____
DEPUTY CLERK

War Powers Governments (federal and state) as those absolute legislative, absolute executive and absolute judicial powers are exercised towards a *de facto* Public "U.S. citizen" deemed a "rebel and belligerent" statutorily "residing" in a state deemed an "occupied territory," and therefore no longer under the paternal guardianship of *de facto* Emergency War Powers Governments (federal and state) as those absolute, paternal powers are exercised towards its "**infants, children and wards,**" *de facto* Public "U.S. citizens;"

THEREFORE, <u>based upon the foregoing</u>, I, **Dennis Raymond Alexio**, *in esse* and *sui juris*, do solemnly declare and affirm the following **positive averments**:

1. I am one of the **Posterity** of "**We the People**" by whom and for whom the Constitution was ordained and established according to its Preamble, holding *de jure* Private American National Citizenship conferred upon my natural birth by section 1 of the Fourteenth Amendment to the Constitution of the United States.

2. My Christian name at Common Law is "**Dennis Raymond**" my surname/family name is "**Alexio**." I am known by no other name, publicly or privately. (Exhibit 3)

3. My Christian name "**Dennis Raymond Alexio**" is spelled in both upper and lower case letters, without capitonyms (without using an all capital-lettered name), in accordance with proper rules of English grammar. (Exhibit 3)

4. I was naturally born on March 12, 1959. My natural and legal parents are **Reese Dale Dick** and **Mabel Dick**. (Exhibit 1)

5. I was naturally born in the city of Oakland, on the land of the county of Alameda within the geographical jurisdiction of the State of California. (Exhibit 1)

6. On the day of my natural birth I became a *de jure* **Private National Citizen** of the geographic United States of America (composing the fifty states) pursuant to Section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

7. On the day of my natural birth I became a *de jure* **Private National Citizen/Private Resident** of the geographic State of California pursuant to section 1 of the Fourteenth Amendment to the Constitution of the United States of America.

8. On the day my "Certificate of Live Birth" was filed with the State of California by operation of law I became the **Property** of, **Surety** for and wedded to "DENNIS RAYMOND ALEXIO," a state-created, California corporate sole and statutory **Public "U.S. citizen"** of the *de facto* Emergency War Powers Military Government of the



COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:53 A M
BPA BOOK 42 PAGES 344
DEPUTY CLERK

"United States," it governing the states as "conquered territories" and its state-created "U.S. citizens" as a conquered people.

9. Said **Property** has been returned to the natural owner, said **Suretyship** has been terminated, the marriage has ended and my former status of **Private National Citizen** of the United States of America has been restored, pursuant to the maxims of the Law of Contract, the American Common Law, Equity Maxims, Equity Jurisprudence and the Uniform Commercial Code, by means of a duly filed and publicly recorded "**Release Without Consideration—*Nunc Pro Tunc Ab Initio*.**" (Exhibit 1)

10. My *de jure* **Private National Citizenship** of the Republic of the United States of America is "paramount and dominant," and my *de jure* **Private Citizenship** of the Republic of California is "subordinate and derivative" of said Private National Citizenship of the United States. *Selective Draft Law Cases,* 245 U.S. 366, 389 (1918.) **Private Citizens** of the United States were called "**American freemen**" by pre-14th Amendment presidents George Washington, Andrew Jackson, Zachary Taylor and Abraham Lincoln, as well as by post-14th Amendment Supreme Court Justice John Marshall Harlan evidenced by his dissents in *Maxwell v. Dow*, 176 U.S. 581, 607, 617 (1900) and *Downes v. Bidwell*, 182 U.S. 244, 381 (1901).

11. I now **Specially** and **Privately Reside** without the military jurisdiction of the "United States" as defined by the "Trading With the Enemy Act," and therefore **Privately Reside** within a non-militarily occupied private estate within the territorial jurisdiction of the geographic State of Hawai'i. Therefore, I am a **Special** and **Private Resident** holding **Private Citizenship** of the State of Hawai'i pursuant to Section 1 of the Fourteenth Amendment.

12. **My flags** are **the civilian flag** of the Republic of the United States of America (4 USC 1) and **the civilian flag** of the State of Hawai'i which flag includes tassels of white and blue strands. Neither **civilian flag,** representing its nation under a republican form of government displays a gold fringe and/or gold cords with gold tassels as do military colors displayed by the Commanders-in-chief of the *de facto* Military Governments of both the United States of America and the State of Hawai'i.

13. **My law** is my family <u>AV1611 King James Bible</u> born out of **the risen Son of God's** Grand and Glorious Protestant Reformation having birthed the Modern Era, and the Twenty Maxims of English/American Equity.

14. **My seal** is the Great Seal of the geographic State of Hawai'i depicted on the civilian flag of the State of Hawai'i which seal is also seen in the beautiful mural upon the upstairs arrival and departures at the International Airport in Honolulu, Hawai'i.

COPY

LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:55 A M
BPA BOOK 42 PAGES 345
DEPUTY CLERK

15. Being a non-statutory, constitutionally-protected **Private National Citizen** of the Republic of the United States of America and a non-statutory, constitutionally-protected **Private Citizen/Special** and **Private Resident** of the State of Hawaii and therefore no longer the **Property** of, **Surety** for and/or wedded to California corporate sole / Public "U.S. citizen" "DENNIS RAYMOND ALEXIO," I am not in commerce as a matter of personal status, as are statutory, state-created, **Surety-backed**, Public "U.S. citizens" of the United States, and therefore artificial person "DENNIS RAYMOND ALEXIO" without a **Surety** and **personal property**, is a "**Non-Taxpayer**" described in *Economy Plumbing & Heating vs. United States*, 470 F. 2d, 585 at 589 (1972).

16. I have rescinded every **Signature of Suretyship**—*Nunc Pro Tunc Ab Initio*—ever executed on behalf of corporate sole/"U.S. citizen" "DENNIS RAYMOND ALEXIO" (including any derivative of the NAME thereof) be it **public and/or private**, by means of a duly filed "**Rescission of Signatures of Suretyship**—*Nunc Pro Tunc Ab Initio*." (Exhibit 2)

17. The Legal Title holder(s) and the Equitable Title holder of all legal property of Private Business Trust "DENNIS RAYMOND ALEXIO" are private in nature evidenced by a "**Notice of Private Trust Arrangement**" filed in the public record. (Exhibit 5)

18. I am the **Agent** for Private Business Trust "DENNIS RAYMOND ALEXIO" in the acquisition of its legal property by nature evidenced by a "**Notice of Private Trust Agreement**" filed in the public record. (Exhibit 5)

19. Private Business Trust "DENNIS RAYMOND ALEXIO" is in domestic and world commerce, all income being equitable property by nature of a special and private Sole Beneficiary holding the status of a Private Citizen of the United States secured by Section 1 of the Fourteenth Amendment to the Constitution of the United States of America. Therefore Private Business Trust "DENNIS RAYMOND ALEXIO" has no "income," and therefore the trust is a Non-taxpayer. (Exhibit 6)

Further, I, **Dennis Raymond Alexio** *in esse* and *sui juris*, do solemnly declare and affirm the following **negative averments**:

1. I am not **alieni juris**, holding the status of being the **Property** of, **Surety** for and/or wedded to an artificial, *de facto*, hybrid Public "U.S. citizen" created by state statute in the state of my natural birth for the benefit of the *de facto* Emergency War Powers Military Government created on March 9, 1933; hence, I am neither an infant and a child nor a rebel and a belligerent under the power of a paternal and martial Emergency War Powers Military Government, federal or state.


COPY

FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:53 A M
BPA BOOK 42 PAGES 346
DEPUTY CLERK

2. My Christian name is not "DENNIS RAYMOND ALEXIO," "DENNIS R. ALEXIO," "Dennis R. Alexio" or any other form of this *nom de guerre*/name of war carried by all "U.S. citizens," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

3. My Christian name is not spelled in solely upper case letters or with abbreviations, which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

4. I am not "DENNIS RAYMOND ALEXIO," "DENNIS R. ALEXIO" or "Dennis R. Alexio," which principle in distinguishing the difference between the all uppercase name and mixed case name has been affirmed by a federal court of record. (Exhibit 4)

5. I am neither the **Property** of, nor **Surety** for, nor wedded to artificial entity "DENNIS RAYMOND ALEXIO""DENNIS R. ALEXIO" "Dennis R. Alexio" or any other derivative of this *nom de guerre*/name of war carried by all "U.S. citizens," said NAME being the legal property by characteristic of the *de facto* Military Government of the United States of America.

6. I am neither a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States nor am I **Surety** for and/or personal property of and/or wedded to a statutory, state-created **Public "United States citizen"** (artificial person) of the sovereign, *de facto* Military Government of the United States as a matter of **Status** and/or a matter of **public and/or private contract**. Therefore, I am not a state-created, federally-owned, statutory **Public "United States citizen"** (artificial person / "U.S. citizen") of the sovereign, *de facto* Military Government of the United States for income/excise/privilege tax purposes.

7. My flags, national and state, are **not military colors** bordered with gold fringe and/or draped with gold cords with gold tassels.

8. I am not a **rebel, belligerent** or **enemy** publicly residing within a **conquered territory** of the "United States" ("the territory over which the sovereignty of the United States exists," *Hooven*, supra, p. 671), its sovereign, *de facto*, Military Government having been created by Franklin D. Roosevelt's presidential proclamation 2040 **approved and confirmed** by Congress' "Emergency Banking and Relief Act" (12 USC 95b), which act also the amended (via 12 USC 95a) the "Trading with the Enemy Act" (50 USC App. 5(b)), on March 9, 1933.

9. I do not **publicly** reside according to state statute within a **conquered territory** or within a **federal military district** of the geographic Republic of the United States of America


LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015  AT  10:53 A M
BPA BOOK 42 PAGES 347
DEPUTY CLERK

(composed of the fifty states). My special, private and confidential location of Residence in Equity on the land of the County of Honolulu is:

> **Dennis Raymond Alexio, American Freeman**
> Private Citizen of the United States: American National
> Private Citizen of the State of Hawai'i
> 99814 Mea'ala Street
> Aiea, Hawaii

10. I do not **publically** reside according to statute within any of the **ten regions** of the geographic United States of America designated by **ZIP codes** of the **Federal Zone Improvement Project** begun in 1963 and take exception to whenever and wherever possible in the use of either a ZIP code or a Postal code, both being synonymous.

Further and finally:

I, **Dennis Raymond Alexio**, am a constitutionally-acknowledged and protected, *de jure*, **Pre-1933 Private American National Citizen** of the United States of America, and therefore, I am a constitutionally-acknowledged and protected, *de jure* **Private Citizen** of the State of Hawai'i, **Specially** and **Privately Residing in English/American Equity** on the land of Honolulu County.

Therefore, I, **Dennis Raymond Alexio**, holding the constitutionally-protected private right to **a civilian due process of law** on both a federal and state level, as well as being unaffected by the wicked "Emergency Banking Relief Act" having imposed a **martial due process of law** (by way of the amended "Trading with the Enemy Act") on any substantively, artificial "**person within the United States**" deemed federal "booty of war," am **as foreign**, by nature and by characteristic, to the extra-constitutional, alien, *de facto*, "temporary" Emergency War Powers **Military Government** of the United States and owe no temporary allegiance to said "temporary" Emergency War Powers Military Government. Therefore, I am **as foreign**, by nature and characteristic, to the extra-constitutional, alien, *de facto*, "temporary," Emergency War Powers **Military Government** of the Commonwealth of Pennsylvania as well as the extra-constitutional, alien, *de facto*, "temporary," Emergency War Powers **Military Governments** of the other forty nine (49) states and owe no temporary allegiance to said "temporary" Emergency War Powers state governments, said extra-constitutional, alien, *de facto*, "temporary," Emergency War Powers **Military Governments** having been "temporarily" created by Congress (12 USC 95a) and by President Franklin D. Roosevelt (Presidential Proclamation 2040) on **March 9, 1933**, that most notable, Jesuitical **coup d'état**, that great day of infamy and high treason against the **Sovereign American People of the United States of America**, they having ordained and established the grand and glorious Protestant Constitution of the United States of America, with its Baptist Calvinist-inspired Bill of Rights, for themselves and for their **Posterity**—of which I am a beneficially interested member.



LAMAR COUNTY, GA. SUPERIOR COURT
FILED & RECORDED IN CLERK'S OFFICE
FEB 11 2015 AT 10:53 A M
BPA BOOK 42 PAGES 348
DEPUTY CLERK

This "**Declaration of Status of Dennis Raymond Alexio, American Freeman; Pre-1933 Private Citizen of the United States: American National**," supersedes any previous filing with any public office of said Declaration of Status.

Further Affiant Sayeth Not.

**Dennis Raymond Alexio** American Freeman/American National
Pre-1933 Private Citizen of the United States
Private Citizen of the State of Hawai'i
Private Resident of the County of Honolulu
Agent for "DENNIS RAYMOND ALEXIO"
All Rights Reserved Without Prejudice

### Acknowledgement

**United States of America**       )
**State of Hawai'i**                )    s.a.
**County of Honolulu**              )

Before Me, on this day **Dennis Raymond Alexio**, known to me to be the natural person described herein, personally made a restricted visitation and solemnly affirmed under the Law of God and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this 27 day of January, 2015.

Notary Public

12 of 12