### Release and Discharge of Obligations
### To Impose Military Due Process of Law—*Nunc Pro Tunc Ab Initio*

Accordingly, I, **Dennis Raymond Alexio**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, Dennis Raymond: Alexio, with intent and purpose, being a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America, in consideration for one lawful dollar, hereby **Release and Discharge—*Nunc Pro Tunc Ab Initio*—**all legislative, executive and judicial officers of the United States and all legislative, executive and judicial officers of the several States of their statutory emergency war powers Obligations to impose upon Affiant, **Dennis Raymond: Alexio**, a military due process of law, civil and/or criminal, public and/or private.

This **Release and Discharge of Obligations to Impose Military Due Process of Law —*Nunc Pro Tunc Ab Initio*—**concerning California quasi-corporate sole "DENNIS RAYMOND ALEXIO" is retroactive to the date of March 23, 1959, the date of the public filing and registration of affiant's Certificate of Live Birth in the State of California, County of Alameda..

This **Release and Discharge of Obligations to Impose Military Due Process of Law— *Nunc Pro Tunc Ab Initio*—**includes the military jurisdiction imposed after April 25, 1938, on all the courts, federal and state, said military jurisdiction conferred by Congress through Section 17 of the "Trading With the Enemy Act" of 1917 (50 USC App. 5(b) as the Act was amended by the "Emergency Banking Relief Act" of 1933 (12 USC 95a).

This **Release and Discharge of Obligations to Impose Military Due Process of Law —*Nunc Pro Tunc Ab Initio*—**has been necessitated by the declared state of a temporary, national banking emergency imposed by President Franklin D. Roosevelt on March 6, 1933, via Proclamation 2039. Three days later said proclamation was "approved and confirmed" by Congress passing its "Emergency Banking Relief Act" on March 9, 1933, followed by President Roosevelt's Proclamation 2040 on March 9, 1933, thereby ousting America's Constitutional civilian government while imposing a temporary, statutory, emergency war powers military government and subsequent military jurisdiction. This state of temporary national emergency remains in effect, all branches of government sitting in temporary emergency war powers military jurisdiction.

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.



**Dennis Raymond: Alexio,** American Freeman/American National

Pre-March 9, 1933, Private Citizen of the United States
Private Citizen of the State of Hawaii
Special and Private Resident of the County of Honolulu
All Rights Reserved Without Prejudice

---

### Verification and Acknowledgement

| United States of America | ) | |
|---|---|---|
| **State of Hawaii** | ) | s. a. |
| **County of Honolulu** | ) | |

Before Me, on this day **Dennis Raymond: Alexio**, known to me to be the natural person described herein, personally makes a restricted visitation and solemnly affirms under the Law of Jehovah God set forth in the Reformation Bible and the Maxims of Equity that every statement given above is the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ___4th___ day of ___December___,
20 _15_ .

_____
Notary Public

Doc. Date: DEC 0 4 2015   # Pages: 2
Notary Name: Jeanine A. Quizon   First Circuit
Doc. Description: Release & Discharg
of Obligations etd.

_____   DEC 0 4 2015
Notary Signature                      Date
NOTARY CERTIFICATION

Commission Expires: 07/02/18

Exhibit B; page 2 of 2