## Acknowledgement and Acceptance of Oaths of Office
## To Support the Constitution of the United States of America
### *Nunc Pro Tunc Ab Initio*

Accordingly, I, **Dennis Raymond: Alexio**, *in esse* and *sui juris*, being duly sworn, depose and declare that:

I, **Dennis Raymond: Alexio**, with intent and purpose, being a Pre-March 9, 1933, Private American National Citizen of the United States protected by Section One of the Fourteenth Amendment to the Constitution for the United States of America, hereby Accept the Oaths of Office of all legislative, executive and judicial officers, federal and state, to support and defend the Constitution for the United States of America in consideration for one lawful dollar. Said **Acknowledgment and Acceptance of Oaths of Office to Support the Constitution of the United States of America**—*Nunc Pro Tunc Ab Initio*—is retroactive from the date of March 23, 1959, the date of the public filing and registration of affiant's Certificate of Live Birth in the State of Californis, County of Alameda.

Further, all judicial officers are hereby bound by their constitutional Oaths of Office to support and defend the Constitution of the United States of America which includes giving Affiant a constitutional, **Civilian Due Process of Law** in civil and criminal matters on both a federal and state level. Refusal or failure to do so would be a violation of Affiant's **Civilian Due Process Rights** secured from federal infringement by the Fifth Amendment to the Constitution, and from state infringement by Section One of the Fourteenth Amendment to the Constitution.

Further, said judicial officers have been Released and Discharged of any obligation whatsoever to impose a military due process of law and are bound to provide only a **Civilian Due Process of Law** in any action involving Affiant, be it civil or criminal. To proceed otherwise would be a violation of their constitutional Oaths of Office taken pursuant to Article VI, Section 3, of the Constitution of the United States of America.

Further, I, **Dennis Raymond: Alexio**, do not and shall not consent to a statutory, military due process of law, but shall insist on only a constitutional, **Civilian Due Process of Law** involving all matters relating to this temporary emergency war powers military government imposed on March 9, 1933, its courts, federal and state, sitting in temporary emergency war powers military jurisdiction since April 25, 1938.

*[handwritten margin notes: "Special & Private" on both sides]*

*Maxim: "Equity regards as done that which ought to have been done."*

Further Affiant Sayeth Not.



By: _____
**Dennis Raymond: Alexio**, American Freeman/American National
Pre-March 9, 1933, Private Citizen of the United States
Private Citizen of the State of Hawaii
Special and Private Resident of the County of Honolulu
All Rights Reserved Without Prejudice

*[handwritten margin note, left: Special & Private]*
*[handwritten margin note, right: Special & Private]*

---

**Verification and Acknowledgement**

| | |
|---|---|
| **United States of America** | ) |
| **State of Hawaii** | ) s. a. |
| **County of Honolulu** | ) |

Before Me, on this day **Dennis Raymond: Alexio**, known to me to be the natural person described herein, personally makes a restricted visitation and solemnly affirms under the Law of Jehovah God set forth in the Reformation Bible and the Maxims of Equity that every statement given above is the whole truth to the best of his knowledge.

Subscribed and Affirmed before me on this ___4th___ day of ___December___,
20___15___.

_____
Notary Public

[Notary Seal: JEANINE A. QUIZON, NOTARY PUBLIC 14-20, STATE OF HAWAII]

Doc. Date: DEC 04 2015   # Pages: 2
Notary Name: Jeanine A. Quizon, First Circuit
Doc. Description: Acknowledgment
Recpt. of Dallas Office et al.
Notary Signature _____ Date DEC 04 2015
NOTARY CERTIFICATION
Commission Expires: 09/00/18

Exhibit C; page 2 of 2