AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| DENNIS RAYMOND ALEXIO, Beneficiary Pre-1933 Private American National Citizen of the United States,<br><br>　　　　Plaintiff,<br><br>　　　V.<br><br>BARACK OBAMA, Trustee, President/Commander in Chief, United States of America; JACOB LEW, Trustee, Secretary of the Treasury, United States of America,<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 15-00507-JMS-BMK<br><br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>December 16, 2015<br><br>At 1 o'clock and 05 min p.m.<br>SUE BEITIA, CLERK |

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that the Action is DISMISSED, and DISMISSED as pursuant to and in accordance with the Court's Order filed on December 16, 2015:
The "ORDER: (1) GRANTING IFP APPLICATION; (2) DENYING PETITION TO SEAL; AND (3) DISMISSING BILL IN EQUITY 1 WITHOUT LEAVE TO AMEND."

| | |
|---|---|
| December 16, 2015 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AC |
| | (By) Deputy Clerk |