cc: JMS

ORIGINAL LODGED
DEC 18 2015 12:40
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Dennis raymond: alexio
c/o 99814 Mea'ala
Aiea, hawaii [96701]

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 18 2015
at 4 o'clock and 45 min. P.M.
SUE BEITIA, CLERK

IN THE
District Court of the United States
FOR THE DISTRICT OF HAWAII
IN CHANCERY

| | | |
|---|---|---|
| **Dennis Raymond:Alexio**, Beneficiary Pre-1933 Private American National Citizen of the United States | : | Civil No. 15-00507-JMS |
| Plaintiff | : | Civil Action (In the spirit and intent of a Pre-1938 Bill in Equity) |
| v. | : | |
| **BARACK OBAMA**, Trustee President/Commander in chief, United States of America | : | |
| **JACOB LEW**, Trustee Secretary of the Treasury United States of America | : | Judge J. Michael Seabright |
| Defendants | : | |

To the Honorable J Michael Seabright, Judge and Chancellor of the District Court
Of the United States for the District of Hawaii

### AMENDED COMPLAINT FOR ENFORCMENT OF TRUSTS

**PARTIES**

1. **Dennis Raymond: Alexio**, a non-statutory, Private American National Citizen of the

United States as a matter of public record, privately residing in peacetime Common

law at 99814 Mea'ala street, Aiea, Hawaii, said

constitutionally-secured status and residence enjoyed by all American Citizens in accordance with Section 1 of the Fourteenth Amendment prior to March 9, 1933, Plaintiff and Beneficiary. (Exhibit 1 of Exhibit A)

2. **BARACK OBAMA**, President/Commander in chief, United States of America, publicly residing in emergency war powers Roman Equity in his office at 1600 Pennsylvania Ave., N.W. Washington, D.C., 20500, Defendant and Trustee.

3. **JACOB LEW**, Secretary of the Treasury, United States of America, publicly residing in emergency war powers Roman Equity in his office at 1500 Pennsylvania Avenue, N.W., Washington, D.C., 20220, Defendant and Trustee.

## GROUNDS FOR JURISDICTION

4. Plaintiff invokes the jurisdiction of this Court pursuant to Article III, Section 2, subdivision 1 of the Constitution, as

   a. officers of the United States are parties;
   b. Plaintiff requires a court of Chancery to sit in its judicial power of exclusive English/American Equity to resolve matters of trust, Plaintiff having *no adequate remedy at law*.

5. Further, Plaintiff has:

   a. Released and discharged all officers of the United States from any obligation to impose any form of military jurisdiction. (Exhibit B)

    b. Accepted the Oaths of all officers of the United States to support the Constitution pursuant to Article VI, Section 2 of the Constitution of the United States. (Exhibit C)

## STATEMENT OF FACTS

6. Plaintiff, by virtue of his citizenship status, is **Heir and Beneficiary** of two primary trusts:

    a. The Constitution of the United States of America;

    b. California registered business organization "DENNIS RAYMOND ALEXIO," et al,

    SSN/EIN/TIN XXX-XX-1604.

7. Plaintiff/Beneficiary, by virtue of a private trust document titled a "Notice of Interests" with an attached Indenture, informed Defendants/Trustees by registered mail of his non-statutory, constitutionally-secured, private citizenship status and that he was Beneficiary of the above-named trusts to which they were Trustees. Defendants were given thirty (30) days to disclaim. Defendants did not disclaim.

8. Plaintiff/Beneficiary, by virtue of a private trust document titled a "Statement of Interests," demanded Defendants/Trustees provide protection and a full accounting of all assets held in trust for the benefit of Plaintiff/Beneficiary. Defendants were given thirty (30) days to comply with Plaintiff's order also delivered by registered mail. Defendants did not comply.

## STATEMENT OF EQUITABLE CLAIM—BREACH OF TRUSTS

9. Upon Trustees refusal to do their fiduciary duties as demanded by the Beneficiary, Plaintiff sent Defendants a private trust document by registered mail titled a "Notice of Non-Response, Default and Breach of Trust." Defendants are in breach of trust, having violated their obligations set forth in their trust indentures.

## RELIEF DEMANDED

10. Plaintiff demands the Court hold an *ex parte* review determination in chambers that Plaintiff may show cause using private trust documents that cannot be seen by the public proving said breach of trusts.

11. Upon proving breach of trusts, Plaintiff demands the Chancellor:

   a. Decree Plaintiff is the Beneficiary of two distinct trusts between the parties, i.e., the "Constitution for the United States of America" and "DENNIS RAYMOND ALEXIO," et al;

   b. Provide declaratory relief concerning the equitable rights, powers, privileges and immunities as well as equitable duties and obligations between the parties;

   c. Provide protection, including, but not limited to, special identification documents pertaining to trade, transportation and uncensored communication, as well as special documents pertaining to domestic and

   foreign travel, as well as personal security;
d. Provide a full accounting of all assets, including, but not limited to, all assets and property held in trust by Defendants/Trustees for the ultimate benefit of Plaintiff/Beneficiary;

e. Provide a Master or Trustee to facilitate said full accounting of all assets and property, as well as access to and disbursement of said assets and property, for the beneficial use of Plaintiff/Beneficiary;

f. Provide any other general and/or special relief, declaratory or otherwise, as the nature of this case shall require, which relief the Chancellor may deem just, proper and right according to Equity and good conscience.

*"Equity will not allow a trust to fail for want of a trustee."*

Respectfully submitted,

By _____
**Dennis Raymond:Alexio**, Plaintiff/Beneficiary
Pre-March 9, 1933, Private American National:
    Citizen of the United States
Private Citizen of the state of Hawaii
Private Resident of the state of Hawaii
    Within a Non-Militarily Occupied Private Estate
County of Honolulu
    Without the temporary emergency war powers
    Military Jurisdiction of the UNITED STATES
    Under military occupation since March 9, 1933
Beneficiary and Agent of Record for
    "DENNIS RAYMOND ALEXIO"
All rights reserved without prejudice

**Notary Certification stamp:**
Doc. Date: DEC 1 7 2015   # Pages: 6
Notary Name: Jeanine A. Quizon   First Circuit
Doc. Description: Dist. Of OK in Chancery Civil Action
Notary Signature   Date: DEC 1 7 2015
NOTARY CERTIFICATION
Commission Expires: 02/02/2018
[Seal: JEANINE A. QUIZON, NOTARY PUBLIC, 14-20, STATE OF HAWAII]

---

**Verification and Acknowledgment**

| | |
|---|---|
| **United States of America** ) | |
| **State of Hawaii** ) | s. a. |
| **County of Honolulu** ) | |

BEFORE ME, on this day personally appeared **Dennis Raymond:Alexio**, Plaintiff above named, who makes oath under the Laws of **Jehovah God** and the risen **Lord Jesus Christ** set forth in the *AV1611 Reformation English Bible* and in accordance with the Maxims of Equity, declares that all statements set forth in the foregoing "Amended Complaint for Enforcement of Trusts" with attachments are true to the best of his knowledge and experience.

Subscribed and Affirmed before me on this 17th day of December, 20 15.

_____
[Notary seal: JEANINE A. QUIZON, NOTARY PUBLIC, 14-20, STATE OF HAWAII]